Exhibit 2

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO**<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | DATE FILED<br>September 5, 2025 12:51 PM<br>FILING ID: 39C9D67FAECA7<br>CASE NUMBER: 2025CV33194 |
| **PLAINTIFF:** WAYNE HOEFLER,<br><br>v.<br><br>**DEFENDANT:** AMERICAN AIRLINES, INC. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>J. Thomas Bagby, #53170<br>BAGBY LAW<br>7045 Campus Drive, Suite 102<br>Colorado Springs, CO 80920<br>(P) 719-224-2222<br>(F) 866-622-1604<br>tbagby@tombagbylaw.com<br><br>Justin J. Walker, #53069<br>LAW OFFICE OF JUSTIN J. WALKER, LLC<br>318 East Pikes Peak Avenue<br>Colorado Springs, Colorado 80903-1912<br>(P) (719) 635-3611<br>(F) (719) 635-5544<br>justin@justinwalkerlaw.com | Case Number:<br><br>Div.: |

## COMPLAINT AND JURY DEMAND

COMES NOW, Plaintiff, Wayne Hoefler, by and through counsel, J. Thomas Bagby of Bagby Law, and Justin J. Walker, of Law Office of Justin J. Walker, LLC, and for his complaint against Defendant American Airlines, Inc. states and alleges as follows:

### JURISDICTION AND VENUE

1. At all times relevant herein, Plaintiff, ("Mr. Hoefler"), was a resident of El Paso County, Colorado.

2. At all times relevant herein, defendant, American Airlines, Inc. ("American Airlines") is a foreign corporation incorporated under the laws of Delaware and authorized to do business in Colorado with its principal office located at 1 Skyview Drive, MD8B503, Fort Worth, Texas.

3. American Airline's designated registered agent for service of process in Colorado is

Corporation Service Company, 1900 West Littleton Boulevard, Littleton, Colorado.

4. All incidents complained of herein occurred in and/or arose out of Colorado.

5. his Court has jurisdiction over the parties, and subject matter jurisdiction and venue is proper in Denver County pursuant to C.R.C.P. 98(c)(1).

## GENERAL ALLEGATIONS

6. Plaintiff realleges and incorporates by reference all prior allegations as though fully set forth herein.

7. On January 4, 2024, Mr. Hoefler was a passenger on American Airlines flight AA 0154.

8. Flight AA 0154's scheduled service was to depart from Denver International Airport and fly direct to Miami International Airport.

9. Flight AA 0154 departed Denver International Airport without incident.

10. As Flight AA 0154 climbed, it reached and surpassed an altitude where pressurization of the aircraft cabin was required for the safety and comfort of the persons aboard.

11. After Flight AA 0154 surpassed the pressurization altitude, a failure in the sealing of the aircraft body suddenly arose causing a loud screaming/hissing as air screamed out of the pressurized aircraft body thousands of feet above the ground.

12. The seal failure was determined to be coming from a door at the front of the aircraft.

13. Mr. Hoefler, being an experienced pilot, was asked to assist in any way he could by staff on the aircraft.

14. Mr. Hoefler then went to the door toward the front of the aircraft, got down on his side and attempted to reach into the area to attempt to locate the exact location of the seal failure and to determine if he could somehow plug it.

15. During Mr. Hoefler's first attempt at addressing the seal failure, he was subjected to the constant deafening scream of the seal failure only inches from his ears.

16. Following his first attempt to address the seal failure which was unsuccessful, Mr. Hoefler got back up and conferred with Flight AA 0154's Captain to discuss the situation.

17. At or about this time Flight AA 0154 was forced to divert due to the emergency situation caused by the seal failure and depressurization.

18. Mr. Hoefler, who was suffering from ringing and numbness in his ears from his first attempt to address the seal failure, proceeded to the door and attempted a second time for

approximately thirty minutes to plug or minimize the seal failure.

19. During the entire second attempt, Mr. Hoefler was continually subjected to the constant deafening scream of the seal failure.

20. Flight AA 0154 eventually landed at a different airport due to the seal failure at which time the passengers, including Mr. Hoefler deboarded the aircraft.

21. Mr. Hoefler's hearing was permanently damaged as a result of the above, for which he now has constant ringing tinnitus and decreased hearing.

## FIRST CLAIM FOR RELIEF
### (Negligence)

22. Plaintiff realleges and incorporates by reference all prior allegations as though fully set forth herein.

23. American Airlines was under a duty to ensure the aircraft for AA 0154 was airworthy on January 4, 2024, which included ensuring all components of the aircraft were in operating and satisfactory condition.

24. American Airlines was further under a duty to ensure all maintenance, whether by its employees or third parties, was properly performed upon the aircraft prior to the departure of Flight AA 0154.

25. American Airlines was also under a duty of its staff to properly inspect the aircraft to ensure airworthiness prior to the departure of Flight AA 0154.

26. American Airlines breached its aforementioned duty/duties in allowing the aircraft to depart with a compromised and/or defective seal.

27. As a direct and proximate result of American Airline's negligence Mr. Hoefler has incurred serious and permanent injuries; loss of income/wages; and other damages.

28. As a further and proximate result of American Airline's negligence Mr. Hoefler has and will incur economic damages and non-economic damages including permanent impairment of function, past and future mental anguish, past and future pain and suffering and past and future loss of quality of life.

## SECOND CLAIM FOR RELIEF
### (Negligence *Res Ipsa Loquitor*)

29. Plaintiff realleges and incorporates by reference all prior allegations as though fully set forth herein.

30. Mr. Hoefler had injuries caused by the seal failure on Flight AA 0154.

31.  Mr. Hoefler's injuries would not have occurred unless someone was negligent in the operation, repair, inspection, and/or maintenance of Flight AA 0154's aircraft.

32.  At the time and in the way such negligence probably occurred, it was more likely the negligence of American Airlines or one of its agents and/or employees than the negligence of anyone else that caused Mr. Hoefler's injuries.

33.  As a direct and proximate result of the above Mr. Hoefler has incurred serious and permanent injuries; loss of income/wages; and other damages.

34.  As a further and proximate result of the above Mr. Hoefler has and will incur economic damages and non-economic damages including permanent impairment of function, past and future mental anguish, past and future pain and suffering and past and future loss of quality of life.

## PRAYER

WHEREFORE, Mr. Hoefler prays for judgment against American Airlines in an amount which will compensate him for injuries, damages and losses, all reasonable compensatory damages allowed by law, interest from January 6, 2024, and costs in bringing forth this action, expert witness fees and such further relief as the Court deems proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL ISSUES ASSERTED HEREIN.**

Respectfully submitted this 5th day of September, 2025.

BAGBY LAW

By:  /s/ J. Thomas Bagby
J. Thomas Bagby, #53170
*Attorney for Plaintiff*

Plaintiff's Address:
1745 Spruce Tree Ln.
Colorado Springs, CO 80906